UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GILBERT POLO, individually and on
behalf of all others similarly situated,

CASE NO: 6:03-CV-134-ORL-28 JGG

Plaintiff,

v.

GOODING'S SUPERMARKETS,
E*TRADE BANK, and E*TRADE
ACCESS, INC.,

Defendants.

_____/

## BRIEF IN SUPPORT OF
## E*TRADE BANK'S MOTION TO DISMISS

Plaintiff Gilbert Polo brought this purported class action lawsuit to recover an

alleged 50 cent overcharge in connection with a transaction at an automated teller machine

("ATM") in July 2002.  Polo named E*TRADE Bank as one of the defendants.  However, a

simple review of publicly-filed documents demonstrates that E*TRADE Bank is a federally-

chartered savings bank that does not own, operate or manage the ATM at issue, or any other

ATM for that matter.  Plaintiff — who apparently did not review these public documents

before filing suit — has no claim against E*TRADE Bank, and the Court should dismiss it

from this action.[1]

---

[1]    Defendant E*TRADE Access, Inc. has today filed a Rule 12 Motion explaining that the Court
should dismiss this lawsuit because Plaintiff never invoked statutory dispute resolution
procedures designed to address overcharge claims.  In the event that the Court does not grant
this Motion, E*TRADE Bank joins E*TRADE Access, Inc.'s Motion to Dismiss.

## BACKGROUND

### I.   PLAINTIFF'S ALLEGATIONS

The Complaint alleges the following facts, which E*TRADE Bank assumes are true for purposes of this Motion:

On July 5, 2002, Plaintiff used an ATM located at a Gooding's Supermarket in Lake Buena Vista, Florida.  The ATM bore the mark "E*TRADE."  Plaintiff alleges that the display screen on the ATM notified him that he would be charged a $1.50 fee for the transaction, and he agreed to proceed with the transaction on that basis.  When the transaction concluded, Plaintiff's receipt stated that he had been charged a $2.00 fee.  Plaintiff asserts that the alleged overcharge violated the Electronic Fund Transfer Act, 15 U.S.C. §§ 1693 *et seq.*  Complaint ¶¶ 9-10 & 14-17.

Plaintiff named Gooding's Supermarkets as a defendant.  He also named E*TRADE Access, Inc. and E*TRADE Bank, but his sole allegations against these defendants are —

- that E*TRADE Access and E*TRADE Bank are "direct or indirect" subsidiaries of E*TRADE Group, Inc.;

- that E*TRADE Bank "and/or" E*TRADE Access "own and operate more than 11,000 E*TRADE automated teller machines across the United States"; and

- that the ATM at the Gooding's Supermarket was one of the ATMs "operated" by "E*TRADE."

Complaint ¶¶ 11-13.

## II.    E*TRADE ACCESS PROVIDES ATM SERVICES, NOT E*TRADE BANK

Public documents show that Plaintiff improperly named E*TRADE Bank as a defendant in this lawsuit.[2]

E*TRADE Bank is a federally-chartered savings bank that is a subsidiary of E*TRADE Group, Inc. E*TRADE Bank "provides retail banking products and services" to consumers over the Internet. E*TRADE Bank "offer[s] a full suite of consumer banking products and services." These services include checking accounts, savings accounts, money market accounts, and certificates of deposit. *See* E*TRADE Group, Inc. Form 10-K for fiscal year ending December 31, 2002, at 3 (business of E*TRADE Bank) & 72 (showing division of services between E*TRADE Bank and E*TRADE Access) (relevant portions attached as Exhibit 1 and available at http://www.sec.gov).

In May 2000, E*TRADE Group, Inc. acquired an Oregon corporation known as Card Capture Services, Inc. After the acquisition, the company was renamed E*TRADE Access, Inc. In contrast to E*TRADE Bank, E*TRADE Access, Inc. maintains an "ATM business" providing various services to a "nationwide network of over 11,000 ATMs" throughout the United States and Canada. *See* State of Oregon Business Registry Database Search (attached as Exhibit 2 and available at http://sos-venus.state.or.us); E*TRADE Group, Inc. Form 10-K for fiscal year ending December 31, 2001, at 5, 11 & 101 (relevant portions

---

[2]    The Court can take judicial notice of SEC filings by publicly-traded companies without converting this Rule 12 motion into a motion for summary judgment under Rule 56. *See Ehlert v. Singer*, 245 F.3d 1313, 1316-17 (11th Cir. 2001); *Bryant v. Avado Brands, Inc.*, 187 F.3d 1271, 1276-81 (11th Cir. 1999).

attached as Exhibit 3 and available at http://www.sec.gov). E*TRADE Access, Inc. is one of several subsidiaries of E*TRADE Bank. Exhibit 3 hereto at 101.

## ARGUMENT

Rule 12 requires dismissal of an action that does not state a valid legal claim. *Marshall County Bd. of Educ. v. Marshall County Gas Dist.*, 992 F.2d 1171, 1174 (11th Cir. 1993) (affirming dismissal of complaint). Here, Polo wrongly included E*TRADE Bank in this lawsuit even though it does not provide ATM services. The Court should dismiss E*TRADE Bank.

## I.    POLO HAS NO CLAIM AGAINST E*TRADE BANK

Plaintiff seeks to impose liability in this case under the Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. §§ 1693 *et seq.* The EFTA imposes obligations on an "ATM operator," specifically defined as an entity that "operates an [ATM] at which consumers initiate electronic fund transfers. " 15 U.S.C. § 1693b(d)(3)(D)(i). The definition excludes "the financial institution that holds the account of such consumer from which the transfer is made." *Id.*

Plaintiff has no claim against E*TRADE Bank under this provision. As shown above, E*TRADE Access provides certain services to thousands of ATMs across the United States. E*TRADE Bank is a separate corporate entity that provides Internet banking services. It does not operate ATMs, and Plaintiff should not have named E*TRADE Bank as a defendant in this lawsuit.

Plaintiff also cannot maintain a lawsuit against E*TRADE Bank merely because E*TRADE Access is a subsidiary of E*TRADE Bank. Principles of corporate law allow corporations to structure their operations into separate entities, and liability may not pass from a subsidiary to its parent so long as both maintain proper corporate formalities. *See, e.g., Baker v. Raymond Int'l, Inc.*, 656 F.2d 173, 178 (5th Cir. 1981) ("Ordinarily, a creditor has recourse only against the corporate entity incurring the liability, not against parent corporations, stockholders, or other parties connected with the entity"). *See also, United States v. Bestfoods*, 524 U.S. 51, 72 (1998) (parent can be directly involved in activities of subsidiaries without incurring liability for subsidiaries' acts); *Doe v. Unocal Corp.*, 248 F.3d 915, 929 (9th Cir. 2001) (parent companies do not conduct the "same business" as their subsidiaries); *Fletcher v. Atex, Inc.*, 68 F.3d 1451, 1459-60 (2d Cir. 1995) (parent not liable for acts of subsidiary); *Johnson v. Flowers Indus., Inc.*, 814 F.2d 978, 980 (4th Cir. 1987) (parent's ownership of subsidiary does not create liability);.

Although E*TRADE Access, Inc. is a subsidiary of E*TRADE Bank, the Complaint does not allege (nor could it) that either failed to maintain proper corporate formalities. No basis exists for naming E*TRADE Bank as a defendant in this lawsuit merely because it belongs to the same corporate family as E*TRADE Access, Inc.

## CONCLUSION

For these reasons, the Court should grant this Motion and dismiss E*TRADE

Bank from this lawsuit.

Respectfully submitted,

Robert M. Brochin                         Douglas P. Lobel (admitted *pro hac vice*)
(Florida Bar No. 0319661)                 Joseph F. Yenouskas (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP               MORGAN, LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center            1600 Tysons Boulevard, 12th Floor
200 South Biscayne Boulevard              McLean, VA 22102
Miami, FL 33131                           Telephone:    703.918.1000
Telephone:    305.415.3000                Facsimile:    703.918.1999
Facsimile:    305.415.3001

                                          Counsel for Defendant E*TRADE Bank

Dated: April 9, 2003

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

☒   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE FISCAL YEAR ENDED DECEMBER 31, 2002.**

**or**

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE TRANSITION PERIOD FROM _____ TO _____.**

Commission file number 1-11921

# E*TRADE Group, Inc.
(Exact name of registrant as specified in its charter)

| Delaware | 94-2844166 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

4500 Bohannon Drive, Menlo Park, CA 94025
(Address of principal executive offices and zip code)

(650) 331-6000
(Registrant's telephone number, including area code)

Securities Registered Pursuant to Section 12(b) of the Act:
Title of each class
Common Stock—$0.01 par value

Securities Registered Pursuant to Section 12(g) of the Act:
None

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant is an accelerated filer (as defined in Exchange Act Rule 12b-2). Yes ☒    No ☐

As of June 28, 2002, the aggregate market value of voting stock, comprised of the registrant's common stock and shares exchangeable into common stock, held by nonaffiliates of the registrant was approximately $1,783,507,000 (based upon the closing price for shares of the registrant's common stock as reported by the New York Stock Exchange on that date). Shares of common stock held by each officer, director and holder of 5% or more of the outstanding common stock have been excluded in that such persons may be deemed to be affiliates. This determination of affiliate status is not necessarily a conclusive determination for other purposes.

As of June 28, 2002, there were 368,384,496 shares of common stock and 1,661,744 shares exchangeable into common stock outstanding. The Exchangeable Shares, which were issued by EGI Canada Corporation in connection with the acquisition of E*VERSUS Technologies, Inc. (renamed E*TRADE Technologies Corporation effective January 2, 2001), are exchangeable at any time into common stock on a one-for-one basis and entitle holders to dividend, voting and other rights equivalent to holders of the registrant's common stock.

## DOCUMENTS INCORPORATED BY REFERENCE

       Definitive Proxy Statement relating to the Company's Annual Meeting of Shareholders to be held May 22, 2003, to be filed hereafter (incorporated into Part III hereof).

**Table of Contents**

**Index to Financial Statements**

Clearing on September 3, 2002, and E*TRADE Clearing began performing clearance and settlement services for cash and margin accounts of customers of E*TRADE Securities.

The clearing arrangement involves a sharing of responsibilities pursuant to a written contract between E*TRADE Clearing, as clearing broker, and E*TRADE Securities, as introducing broker. As introducing broker, E*TRADE Securities is responsible for contact with customers, including opening customer accounts, responding to general customer inquiries and placing customer orders with E*TRADE Clearing. As clearing broker, E*TRADE Clearing provides back office functions, including centralized cashiering, settlement of securities transactions with clearing houses, preparing customer trade confirmations and statements, safeguarding funds and securities in customer accounts and extending credit to margin customers and other services.

*Margin Lending.* We make margin loans to customers that are exclusively collateralized by customer securities. Our margin lending is subject to the margin rules of the Board of Governors of the Federal Reserve System, NYSE margin requirements and our internal policies, which are more stringent than the Federal Reserve and NYSE requirements. In permitting customers to purchase securities on margin, we take the risk of a market decline that could reduce the value of the collateral held by us below the customers' indebtedness before the collateral can be sold, which could result in losses to us.

*Securities Lending and Borrowing.* We borrow securities both to cover customer short sales and to complete customer transactions in the event a customer fails to deliver securities by the required settlement date. We collateralize such borrowings by depositing cash or securities with the lender and receive a rebate (in the case of cash collateral) or pay a fee calculated to yield a negotiated rate of return. When lending securities, we receive cash or securities and generally pay a rebate (in the case of cash collateral) to the other party in the transaction. Securities lending and borrowing transactions are generally conducted pursuant to written and/or oral agreements with counterparties requiring that the securities borrowed be "marked-to-market" on a daily basis through the facilities of the various national clearing organizations.

## BANKING

We offer retail banking products and services through E*TRADE Bank (the "Bank"), which is the nation's eighth largest Office of Thrift Supervision ("OTS") regulated financial institution based on total assets as of December 31, 2002. Our branchless structure permits us to serve customers nationwide. The Bank has three primary subsidiaries, E*TRADE Access, Inc. ("E*TRADE Access"), which operates an independent network of ATMs in the United States and Canada, E*TRADE Mortgage Corporation ("E*TRADE Mortgage"), a direct to consumer mortgage loan originator and Ganis Credit Corporation ("Ganis"), a consumer recreational vehicle ("RV"), marine and other consumer loan originator.

*Products and Services.* The Bank offers a full suite of consumer banking products and services, which are delivered through the Internet, telephone and ATMs. We offer interest checking accounts, money market and savings accounts and certificates of deposit. We also offer first- and second-lien residential mortgage loans, home equity loans and home equity lines of credit ("HELOC") through E*TRADE Mortgage. Customers can access E*TRADE Mortgage by way of telephone, e-mail or through a proprietary "web chat" system. We also offer RV, marine and other consumer loans by telephone and online. In September 2002, we began offering proprietary credit cards on a limited basis.

In 2002, E*TRADE Mortgage originated approximately $6.2 billion in mortgages, which were generally resold to other institutions. E*TRADE Mortgage originated $0.4 billion in HELOCs, which were transferred to the Bank portfolio. We also purchased $5.9 billion in mortgage loans through our correspondent network in 2002.

3

Table of Contents

Index to Financial Statements

E*TRADE GROUP, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

## 1. ORGANIZATION AND BASIS OF PRESENTATION

*Organization*

E*TRADE Group, Inc. (the "Company", "Parent" or "E*TRADE"), is a financial services holding company, whose subsidiaries provide brokerage and banking services. These subsidiaries include:

*Brokerage:*

E*TRADE Securities, LLC ("E*TRADE Securities"), formerly E*TRADE Securities, Incorporated, a securities broker-dealer;
E*TRADE Clearing LLC ("E*TRADE Clearing"), formerly E*TRADE Institutional Securities, Inc., the clearing firm for E*TRADE Securities beginning September 3, 2002;
Dempsey and Company, LLC ("Dempsey"), a specialist and market-making firm; and
Tradescape Securities, LLC, a direct access brokerage firm for active online traders, together with Tradescape Technologies, LLC, a high-speed provider of direct access trading software, technology and network services and Momentum Securities, LLC, a brokerage firm for individual professional traders (collectively, "E*TRADE Professional Trading").

*Banking:*

E*TRADE Bank (the "Bank"), a federally chartered savings bank that provides deposit accounts insured by Federal Deposit Insurance Corporation ("FDIC") to customers nationwide;
E*TRADE Financial Corporation ("ETFC"), a provider of financial services and the holding company of the Bank;
E*TRADE Access, Inc. ("E*TRADE Access"), an independent network of automated teller machines ("ATMs") in the United States and Canada;
E*TRADE Mortgage Corporation ("E*TRADE Mortgage"), a direct-to-consumer mortgage loan originator;
Ganis Credit Corporation ("Ganis"), a consumer recreational vehicle, marine and other consumer loan originator;
E*TRADE Re, LLC, a provider of reinsurance and financial services and the holding Company of ETFC and E*TRADE Global Asset Management, Inc. ("ETGAM"), a registered broker-dealer and investment advisor that manages asset portfolios for the Parent and the Bank.

*Basis of Presentation*

On January 22, 2001, the Company changed its fiscal year end from September 30 to December 31; accordingly, results have been separately disclosed for the three-month transition period ended December 31, 2000. Fiscal 2002 and fiscal 2001 refer to the twelve months ended December 31 and fiscal 2000 refers to the twelve months ended September 30.

The consolidated financial statements of the Company include the accounts of the Parent and its majority-owned subsidiaries. Intercompany accounts and transactions are eliminated in consolidation. Entities in which there is at least a 20% ownership or in which there are other indicators of significant influence are generally accounted for by the equity method; those in which there is a less than 20% ownership and the ability to exercise significant influence is not present are generally carried at cost.

72

# Business Registry Database Search

New Search
## Business Entity Data

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Duration Date | Renewal Date |
|---|---|---|---|---|---|---|
| 739682-82 | DBC | ACT | OREGON | 03-03-2000 | | |

| | |
|---|---|
| **Entity Name** | E*TRADE ACCESS, INC. |
| **Foreign Name** | |

New Search
## Associated Names

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | | |
|---|---|---|---|---|---|
| **Addr 1** | 13190 SW 68TH PKWY STE 200 | | | | |
| **Addr 2** | | | | | |
| **CSZ** | PORTLAND | OR | 97223 | **Country** | UNITED STATES OF AMERICA |

| Type | AGT | REGISTERED AGENT | **Start Date** | 09-11-2001 | **Resign Date** | |
|---|---|---|---|---|---|---|
| **Of Record** | 158720-88 | CORPORATION SERVICE COMPANY | | | | |
| **Addr 1** | 258 LIBERTY ST NE | | | | | |
| **Addr 2** | | | | | | |
| **CSZ** | SALEM | OR | 97301 | **Country** | UNITED STATES OF AMERICA | |

| Type | MAL | MAILING ADDRESS | | | |
|---|---|---|---|---|---|
| **Addr 1** | 4500 BOHANNON DR | | | | |
| **Addr 2** | | | | | |
| **CSZ** | MENLO PARK | CA | 94025 | **Country** | UNITED STATES OF AMERICA |

| Type | PRE | PRESIDENT | | | |
|---|---|---|---|---|---|
| **Name** | DOUGLAS | | STECK | | |
| **Addr 1** | 13190 SW 68TH PKWY STE 200 | | | | |
| **Addr 2** | | | | | |
| **CSZ** | PORTLAND | OR | 97223 | **Country** | UNITED STATES OF AMERICA |

| Type | SEC | SECRETARY | | | |
|---|---|---|---|---|---|
| **Name** | MARY | | AHERN | | |
| **Addr 1** | 4500 BOHANNON DR | | | | |
| **Addr 2** | | | | | |
| **CSZ** | MENLO | CA | 94025 | **Country** | UNITED STATES OF AMERICA |

| PARK | | | | | |
|---|---|---|---|---|---|

New Search

## Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| E*TRADE ACCESS, INC. | EN | CUR | 09-28-2000 | |
| CARD CAPTURE SERVICES, INC. | EN | PRE | 05-05-2000 | 09-28-2000 |
| CARD ACQUISITION, INC. | EN | PRE | 03-03-2000 | 05-05-2000 |

New Search

## Summary History

| Image Date | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| 02-18-2003 | ANNUAL REPORT PAYMENT | 02-18-2003 | | SYS | | |
| 12-31-2002 | ARTICLES OF MERGER | 12-31-2002 | | FI | | |
| 03-12-2002 | ANNUAL REPORT | 03-12-2002 | | FI | | |
| 03-08-2002 | NOTICE LATE ANNUAL | 03-08-2002 | | SYS | | |
| 09-11-2001 | APPLICATION FOR REINSTATEMENT AMENDED | 09-11-2001 | | FI | Agent | |
| 06-08-2001 | CHANGE OF REGISTERED AGENT/ADDRESS | 06-08-2001 | | FI | | |
| 05-04-2001 | ADMINISTRATIVE DISSOLUTION | 05-04-2001 | | SYS | | |
| 03-09-2001 | NOTICE LATE ANNUAL | 03-09-2001 | | SYS | | |
| 09-28-2000 | ENTITY NAME CHANGE | 09-28-2000 | | FI | | |
| 05-05-2000 | MERGER | 05-05-2000 | | FI | | |
| 06-15-2000 | ENTITY NAME CHANGE | 05-05-2000 | | FI | | |
| 03-03-2000 | NEW FILING | 03-03-2000 | | FI | | |

© 2003 Oregon Secretary of State.  All Rights Reserved.

# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 10-K

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE FISCAL YEAR ENDED DECEMBER 31, 2001.

or

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE TRANSITION PERIOD FROM _____ TO _____.

### Commission file number 1-11921

# E*TRADE Group, Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **94-2844166** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**4500 Bohannon Drive, Menlo Park, CA 94025**
(Address of principal executive offices and zip code)

**(650) 331-6000**
(Registrant's telephone number, including area code)

Securities Registered Pursuant to Section 12(b) of the Act:

Title of each class
Common Stock—$0.01 par value

Securities Registered Pursuant to Section 12(g) of the Act:
None

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

As of March 25, 2002, the aggregate market value of voting stock, comprised of the registrant's common stock and shares exchangeable into common stock, held by nonaffiliates of the registrant was approximately $2,887,692,000 (based upon the closing price for shares of the registrant's common stock as reported by the New York Stock Exchange on that date). Shares of common stock held by each officer, director, and holder of 5% or more of the outstanding common stock have been excluded in that such persons may be deemed to be affiliates. This determination of affiliate status is not necessarily a conclusive determination for other purposes.

As of March 25, 2002, there were 355,395,553 shares of common stock and 1,702,032 shares exchangeable into common stock outstanding. The Exchangeable Shares, which were issued by EGI Canada Corporation in connection with the

acquisition of VERSUS Technologies, Inc. (renamed E*TRADE Technologies Corporation effective January 2, 2001), are exchangeable at any time into common stock on a one-for-one basis and entitle holders to dividend, voting, and other rights equivalent to holders of the registrant's common stock.

## DOCUMENTS INCORPORATED BY REFERENCE

Definitive Proxy Statement relating to the Company's Annual Meeting of Shareowners to be held May 24, 2002, to be filed hereafter (incorporated into Part III hereof).

Table of Contents

*Efficiencies from Operations*

- We announced and implemented a restructuring plan aimed at streamlining operations and enhancing profitability primarily by consolidating facilities in the United States and Europe. We recognized facility and restructuring and other nonrecurring pre-tax charges of $202.8 million related to the consolidation of facilities worldwide, the elimination of obsolete or redundant software, severance payments to certain associates and charges for other committed expenses and the re-negotiation and waiver of certain employment-related and other contractual obligations.

*Improved Global Reach*

- We launched online brokerage services in Hong Kong, Israel and Germany. We increased our ownership in E*TRADE Germany AG, now E*TRADE Bank AG ("E*TRADE Germany"), to 100% in October 2000 to facilitate our expansion into Germany.

- We completed our global "homepage," the first step to one global site from which we can leverage the platform built in the United States to all our major global businesses.

- We launched the first phase of our institutional cross-border trading platform and integrated our institutional and retail back-office brokerage operations in the United Kingdom.

Our business model is designed to expand the range of value we provide to our customers and thereby increase the value we receive from serving each customer. One of our major goals is to deepen our relationships with our retail household base by cross-selling them investing, banking, lending, planning and advice products. In furtherance of this goal, our rebranding from E*TRADE to E*TRADE Financial is meant to convey to our existing and potential customers the array of services they can find on our web site.

In fiscal year 2001, we separated our financial services businesses into four categories: (1) Domestic Retail Brokerage, (2) Banking, (3) Global and Institutional, and (4) Wealth Management and Other (formerly Asset Gathering and Other).

The Domestic Retail Brokerage business is primarily comprised of the activities of our wholly-owned subsidiary, E*TRADE Securities, which offers domestic retail brokerage services by means of the Internet, automated telephone service, direct modem access, Internet-enabled wireless devices, live telephone support and our E*TRADE Financial Centers and Zones. During fiscal 2001, we added the businesses of Web Street and Dempsey into the Domestic Retail Brokerage operations.

The Banking business is comprised primarily of the activities of the Bank, which offers a wide range of FDIC insured and other banking products, and the former Card Capture Services, Inc., now E*TRADE Access Inc., which operates a nationwide network of over 11,000 ATMs. During fiscal year 2001, we added the activities of E*TRADE Mortgage to the Banking segment.

The Global and Institutional business includes the activities of E*TRADE Institutional, VERSUS Technologies Corporation (renamed E*TRADE Technologies Corporation effective January 2, 2001 and referred to herein as "E*TRADE Technologies"), and our international affiliates, which together provide services to our institutional and international retail customers. Through our network of affiliates, we have expanded internationally and have launched the first phase of our cross-border trading platform, which allows retail customers in Sweden and Norway to buy U.S. equities online in real-time. A current focus of the Global and Institutional business is on the development and launch of an electronic trading platform for institutional customers.

Our Wealth Management and Other business includes our mutual fund operations, E*TRADE Business Solutions Group, Inc. ("BSG"), E*TRADE Advisory Services, Electronic Investing Corporation ("eInvesting"),

5

Table of Contents

## BANKING

### Business Overview

The Company offers retail banking products and services through E*TRADE Bank and its subsidiaries. The Bank is the nation's largest Internet bank and offers a full suite of consumer banking products and services. The Bank delivers these products and services through non-traditional means—the Internet, telephone and ATMs—and thus eliminates many of the costs associated with brick-and-mortar branches. We believe that our branchless orientation allows us to use technology to create cost efficiencies and offer superior customer value. Our value proposition is fashioned around three basic tenets: price (higher rates and lower fees than traditional banks), convenience (worldwide delivery of integrated products and services through "anytime, anywhere, any device" access) and service (redundant 24 x 7 customer service). We believe that our branchless structure and our unique value proposition are significant competitive advantages that distinguish the Bank from traditional banks.

Our ATM business, E*TRADE Access, Inc. ("E*TRADE Access"), which operates a nationwide ATM network of over 11,000 machines, is an important component of our "high tech, high touch" strategy. Our ATM network enhances customer convenience and extends the reach of our financial services portal by providing easy access to our services. The deployment of the ATM network does not require an investment in traditional brick-and-mortar branches. We are currently developing advanced functionality ATMs that will serve as a cost-effective delivery channel for cross-selling our products and services.

Over the next year, the Bank plans to continue to restructure its retail deposit base by increasing both the number and profitability of transactional accounts. We believe that transactional accounts facilitate the development of E*TRADE Financial's household strategy. The shift towards transactional accounts will be achieved through organic growth and, where appropriate, through bulk deposit account acquisitions.

The Bank's asset acquisition strategy continues to be conservative. In fiscal 2002, the Bank plans to temper asset growth and continue to diversify into higher-yielding loan products to optimize profitability. We anticipate that the Bank's asset portfolio will continue to include mortgage loans, automobile and other consumer loans, mortgage-backed securities, and corporate debt, and will increasingly include commercial real estate and specialty finance loans. The Bank's asset diversification strategy is designed to optimize income without significantly affecting the Bank's risk profile.

In February 2001, the Bank acquired E*TRADE Mortgage Corporation ("E*TRADE Mortgage"), now a wholly-owned mortgage banking subsidiary of the Bank, which originates first and second lien residential mortgage loans and home equity loans and lines of credit in all 50 states. E*TRADE Mortgage will continue to focus on the retail origination of single-family mortgage loans and to develop other consumer lending products that will be held in the Bank's portfolio or sold in the secondary market.

In fiscal 2001, E*TRADE Mortgage generated over $5 billion in mortgages of which substantially all were resold to other institutions, generating origination fees. Over 20% of these loans were generated by cross-selling to the E*TRADE Financial customer household base. While we anticipate a sharp decline in demand for consumer mortgages and refinancings in 2002 as interest rates rebound from historically low levels, we will continue to cross-sell and originate specialty products like home equity loans and lines of credit. We anticipate that these products will generate recurring origination fee income and will either be placed in the Bank's portfolio to augment interest rate spreads or will be sold in the secondary market. At the same time, we anticipate the continued expansion of our correspondent program, which currently includes a network of 103 approved entities nationwide from which we purchase and to which we sell bulk packages of mortgages and other consumer loans. Through this network, we secured over $5 billion in flow and bulk mortgage product in fiscal 2001. We believe that the correspondent program and E*TRADE Mortgage will continue to provide the Company with diverse asset acquisition channels and generate recurring non-interest income through the sale of excess mortgage product.

11

Table of Contents

**E*TRADE GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**1. ORGANIZATION AND BASIS OF PRESENTATION**

The consolidated financial statements include E*TRADE Group, Inc. (the "Company", "Parent" or "E*TRADE"), a financial services holding company, and its subsidiaries (collectively, the "Company"), including but not limited to E*TRADE Securities, Incorporated ("E*TRADE Securities"), a securities broker-dealer, TIR (Holdings) Limited and its subsidiaries (collectively, "E*TRADE Institutional"), a provider of global securities brokerage and other related services to institutional clients, E*TRADE Financial Corporation ("ETFC"), a provider of banking and other financial services, VERSUS Technologies, Inc., now E*TRADE Technologies, Inc. ("E*TRADE Technologies"), a Canadian-based provider of electronic securities trading services for institutional and retail investors, Web Street, Inc. ("Web Street"), a provider of online brokerage services and Dempsey and Company, LLC ("Dempsey"), a privately-held specialist and market-making firm. The consolidated financial statements of the Company give retroactive effect to the acquisitions of ETFC in January 2000 and E*TRADE Technologies in August 2000, which have been accounted for as poolings of interests (see Note 4). The primary business of ETFC is conducted by E*TRADE Bank (the "Bank") and E*TRADE Capital Markets, Inc. renamed E*TRADE Global Asset Management, Inc. on June 11, 2001 ("ETGAM"). The Bank is a federally chartered savings bank that provides deposit accounts insured by the Federal Deposit Insurance Corporation ("FDIC") to customers nationwide. E*TRADE Access, Inc. ("E*TRADE Access"), an independent network of centrally-managed automated teller machines ("ATMs") in the United States and Canada, LoansDirect, Inc., now E*TRADE Mortgage Corporation ("E*TRADE Mortgage"), an Internet-based mortgage loan originator, are subsidiaries of the Bank. ETGAM is a funds manager and registered broker-dealer.

On January 22, 2001, the Company changed its fiscal year end from September 30 to December 31; accordingly, results have been separately disclosed for the three month transition period ended December 31, 2000.

The consolidated financial statements of the Company include the accounts of the Parent, and its majority-owned subsidiaries. Intercompany accounts and transactions are eliminated in consolidation. Entities in which there is at least a 20% ownership or in which there are other indicators of significant influence are generally accounted for by the equity method; those in which there is a less than 20% ownership are generally carried at cost.

The preparation of the Company's consolidated financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the amounts reported in the consolidated financial statements and related notes for the periods presented. Actual results could differ from management's estimates. Material estimates for which a change is reasonably possible in the near-term relate to the determination of accrued restructuring costs, the allowance for loan losses; the fair value of investments, available-for-sale mortgage-backed securities, loans receivable held for sale and trading securities, accounting for financial derivatives, recognition of deferred tax assets, and the valuation of goodwill and intangible assets. The Company's investments in venture funds reflect changes in the fair value of their portfolio investments including estimated values of non-public companies, which may be subject to adjustments. The Bank also makes estimates to the valuation of real estate and repossessed assets acquired in connection with foreclosures and repossessions. In addition, the regulatory agencies that supervise the financial services industry periodically review the Bank's allowance for losses on loans. This review, which is an integral part of their examination process, may result in additions or deductions to the allowance for loan losses based on judgments with regard to available information provided at the time of their examinations.

Certain prior period items in these consolidated financial statements have been reclassified to conform to the current period presentation.

101

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 9th day of April, 2003, served E*TRADE

Bank's Motion to Dismiss, the Brief in support thereof, and the Request for Oral Argument,

by causing copies of the same to be sent via U.S. first-class mail, postage prepaid, to:

Counsel for Plaintiff:

Brian G. Pincket
MILAM & HOWARD, P.A.
50 N. Laura Street, Suite 2900
Jacksonville, Florida  32202

Counsel for Defendant Gooding's Supermarkets:

T. Todd Pittenger
LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A.
215 North Eola Drive
Orlando, Florida  32802-2809

Joseph F. Yenouskas