UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION   APR 17 PM 4: 46

CASE NO.: 6:03-CV-134-ORL-28 JFGG

GILBERT POLO, individually and
on behalf of all others similarly situated,

       Plaintiff,

vs.

GOODING'S SUPERMARKETS, INC.,
a Florida corporation; E*TRADE BANK,
a federal savings bank; E*TRADE ACCESS, INC.,

       Defendants.

_____/

## JOINDER OF DEFENDANT, GOODING'S SUPERMARKETS, INC. IN DEFENDANT E*TRADE BANK'S MOTION TO DISMISS BASED ON PLAINTIFF'S FAILURE TO EXHAUST AVAILABLE STATUTORY ERROR RESOLUTION PROCEDURES

The Defendant, GOODING'S SUPERMARKETS, INC., a Florida corporation ("Gooding's"), by and through its undersigned counsel, and consistent with the defense Gooding's raised in its Corrected Answer and Affirmative Defenses that Plaintiff's claims are barred by reason of his failure to follow the error resolution procedures in the Electronic Funds Transfer Availability Act, hereby joins in the Defendant's Motion to Dismiss and Brief in Support of Defendant's Motion to Dismiss filed by E*Trade on April 9, 2003 which is premised on the contention that Plaintiffs failed to exhaust available statutory error-resolution procedures in 15 U.S.C. Section 1693f, which if granted would provide him complete relief for his alleged injury. For the reasons set forth there, Plaintiffs' First Amended Class Action Complaint as against Defendant, Gooding's Supermarkets, Inc. should be dismissed with prejudice.

38

DATED this _____ day of April, 2003.

                    **T. Todd Pittenger, Esquire**
                    Florida Bar No. 0768936
                    Lowndes, Drosdick, Doster, Kantor &
                        Reed, P.A.
                    215 North Eola Drive
                    Post Office Box 2809
                    Orlando, FL  32802-2809
                    Telephone:  407-843-4600
                    Facsimile:  407-423-4495
                    Attorneys for Defendant,
                    Gooding's Supermarkets, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by **U.S. Mail** this _____ day of April, 2003, to LANCE RAPHAEL and STACY BARDO, The Consumer Advocacy Center, P.C., 25 East Washington, Suite 1805, Chicago, Illinois 60602; JOSEPH YENOUSKAS, ESQUIRE, Morgan, Lewis & Bockius, 1600 Tysons Boulevard, Suite 1200, McLean, Virginia 22102; and ROBERT M. BROCHIN, ESQUIRE, Morgan, Lewis & Bockius, 200 S. Biscayne Boulevard, Suite 5300, Miami, Florida 33131-2310; to BRIAN G. PINCKET, ESQUIRE, Milam & Howard, P.A., 50 N. Laura Street, Suite 2900, Jacksonville, Florida 32202.

                    **T. Todd Pittenger, Esquire**

0045106\095465\637912\1

2