UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GILBERT POLO, individually
and on behalf of all
others similarly situated,

        Plaintiff,

Case No.: 6:03-CV-134-ORL-28 JGG

v.

GOODING'S SUPERMARKETS,
INC., a Florida corporation, E*TRADE
BANK, a federal savings bank, E*TRADE
ACCESS, INC.,

        Defendants.
_____/

## NOTICE OF FILING

Please take notice that on July 26, 2004, by the hour of 5:00 p.m., the undersigned counsel filed the attached *Plaintiff's Combined Response to Defendants Gooding's Supermarkets, Inc.'s and E*Trade Access, Inc.' Motions for Summary Judgment* by Federal Express to the Clerk of the U.S. Dist. Court for the Middle District of Florida, Orlando Division.

Respectfully submitted,

_____
Brian G. Pinkley, Esq.
Florida Bar No.: 501425
Milam Howard Nicandri Dees & Gillam, P.A.
50 N. Laura Street, Suite 2900
Jacksonville, Florida 32202
Telephone: (904) 357-3660
Facsimile: (904) 357-3661

Lance A. Raphael, Esq.
Stacy Bardo, Esq.
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 70
Chicago, IL 60602
Telephone: (312) 782-5808
Facsimile: (312) 377-9930


Case 6:03-cv-00134-JA-JGG   Document 138   Filed 07/27/04   Page 2 of 2 PageID 1220

## CERTIFICATE OF SERVICE

I hereby certify that a copy of *Plaintiff's Combined Response to Defendants Gooding's Supermarkets, Inc.'s and E*Trade Access, Inc.' Motions for Summary Judgment* has been furnished by U.S. Mail this 26th day of July, 2004 to:

Todd Pittenger, Esq.
Lowndes, Drosdick, Doster, Kantor & Reed
215 North Eola Drive
Orlando, FL  32801

Attorney for Defendant
Gooding's Supermarkets, Inc.

and

Douglas P. Lobel, Esq.
David A. Vogel, Esq.
John F. Henault, Jr., Esq.
Arnold & Porter
1600 Tysons Blvd., Suite 900
McLean, VA  22102

Robert Brochin, Esq.
Morgan Lewis & Bockius LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL  33131-2339

Attorneys for Defendant
E*Trade Access, Inc.

Lance A. Raphael