**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GILBERT POLO,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:03-cv-134-Orl-28JGG**

**GOODINGS SUPERMARKETS, INC.,**
**E*TRADE ACCESS, INC.,**

        **Defendants.**
_____

## ORDER OF DISMISSAL

The Court has been advised by the mediator that the above-styled action has been completely settled. Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. All pending motions are **DENIED** as moot.

**DONE** and **ORDERED** in Orlando, Florida on this 1st day of October, 2004.

Copies furnished to:

Counsel of Record

JOHN ANTOON II
United States District Judge