IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 1 9 2004
THOMAS K. KAHN
CLERK

04-90026-J

GILBERT POLO,

6:03 CV 134

Petitioner,

versus

GOODINGS SUPERMARKETS, INC.,
a Florida corporation,
E TRADE BANK,
a federal savings bank,
E TRADE ACCESS, INC.,

Respondents.

---

On Petition for Permission to Appeal
from the United States District Court for the
Middle District of Florida

---

BEFORE:   CARNES and MARCUS, Circuit Judges.

BY THE COURT:

Petitioner's unopposed motion to dismiss the petition for permission to appeal is GRANTED.

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 19, 2004

Sheryl L. Loesch
Clerk, U.S. District Court
80 N. Hughey Ave, Floor 2-#218
Orlando  FL  32801

**Appeal Number: 04-90026-J**
Case Style: Gilbert Polo v. Goodings Supermarkets
District Court Number:  03-00134 CV-ORL-28-JGG

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.  Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6189

Encl.

DIS-4  (3-2003)