UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:03-CV-134-ORL-28 JGG

GILBERT POLO,

    Plaintiff.

vs.

GOODING'S SUPERMARKETS, INC.. and
CARDTRONICS, LP.

    Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

This cause came before the Court on the parties' Joint Motion and Stipulation for Final Order of Dismissal with Prejudice, filed November 2, 2004. In that filing, the parties request, pursuant to Fed. R. Civ. P. 41, that the Court dismiss all pending and unasserted claims with prejudice that were brought or could have been brought in connection with this case, while reserving jurisdiction for the limited purpose of enforcing the terms of a confidential settlement agreement between the parties. The Court takes notice of the fact that this case was filed as a putative class action, and that the Court has denied class certification.

Accordingly, it is **ORDERED** as follows:

1. Pursuant to Fed. R. Civ. P. 41, this case is dismissed with prejudice, and said dismissal encompasses all pending and unasserted claims that were brought or could have been brought in connection with this case.

2. The Court retains jurisdiction over this case for the limited purpose of enforcing the terms of a confidential settlement agreement between the parties entered into to resolve this case.

3. If an action to enforce the confidential settlement agreement is brought before the Court, the moving party shall file a true and exact copy of the settlement agreement under seal.

4. Because the Court has denied certification of the putative class, notification under Fed. R. Civ. P. 23(e) to potential members of the uncertified class is neither required nor ordered.

5. Each party shall bear its own attorney's fees and costs.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida, this 8 day of November, 2004.

JOHN ANTOON II
United States District Judge

Copies furnished to:
All Counsel of Record